# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                                      ) | |
|                     Plaintiff,       ) | |
|                                      ) | CRIMINAL ACTION |
| v.                                   ) | |
|                                      ) | No. 08-20106-06-KHV |
| ROBERTO QUINONEZ-QUINTERO,           ) | |
|                                      ) | |
|                     Defendant.       ) | |
|                                      ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant's letter (Doc. #281) filed October 7, 2024, which the Court construes as a motion for a copy of the transcript of defendant's sentencing on September 11, 2012.

To the extent that defendant seeks a free copy of the transcript, the Court overrules his request. Defendant has not specified why he wants a copy of his sentencing transcript. Even if defendant financially qualifies for in forma pauperis status, he has not shown a particularized need for a copy of the transcript. See 28 U.S.C. §§ 753, 2250; see also Brown v. N.M. Dist. Court Clerks, 141 F.3d 1184, 1998 WL 123064, at *3 n.1 (10th Cir. Mar. 19, 1998) (to obtain free copy of transcript, habeas petitioner must demonstrate claim not frivolous and materials needed to decide issue presented by suit); United States v. Sistrunk, 992 F.2d 258, 260 (10th Cir. 1993) (under 28 U.S.C. § 753(f), indigent defendant entitled to free copy of transcript on showing of particularized need); Ruark v. Gunter, 958 F.2d 318, 319 (10th Cir. 1992) (prisoner does not have right to free transcript simply to search for error in record); see also United States v. Horvath, 157 F.3d 131, 132 (2d Cir. 1998) (motion for free transcript under Section 753 not ripe until Section 2255 motion has been filed). The Court therefore overrules defendant's request for a free copy of

the transcript.

Alternatively, defendant states that his cousin will pay the appropriate fee for the transcript. In this regard, the Court forwards defendant's request to the court reporter who will contact defendant and/or his cousin about the required fee to purchase the transcript. Defendant has requested a copy of the transcript in English and a Spanish translation. He should note that the court reporter will only provide him a copy in English. If defendant needs a Spanish translation, he should make private arrangements.

**IT IS THEREFORE ORDERED** that defendant's letter (Doc. #281) filed October 7, 2024, which the Court construes as a motion for a copy of the transcript of defendant's sentencing on September 11, 2012, is **OVERRULED to the extent that defendant seeks a free copy of the transcript of his sentencing. The Court directs the Clerk to forward a copy of defendant's request to the court reporter who will contact defendant or his cousin about payment information.**

Dated this 6th day of January, 2025 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
